AFFIRMED. NO OPINION. *Page 1015 
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Rule 50, Ala. R. Civ. P.; § 30-3-169.4, Ala. Code 1975; § 30-3-169.3, Ala. Code 1975; § 30-3-168(a), Ala. Code 1975; Andrews v.Merritt Oil Co., 612 So.2d 409, 410 (Ala. 1992); Exparte McLendon, 455 So.2d 863 (Ala. 1984); Clements v.Clements, 906 So.2d 952 (Ala.Civ.App. 2005); Scholl v.Parsons, 655 So.2d 1060, 1062 (Ala.Civ.App. 1995);Newman v. State, 623 So.2d 1171, 1172
(Ala.Civ.App. 1993); Conway v. Barron, 516 So.2d 679,680 (Ala.Civ.App. 1987); and Blase v. Blase,419 So.2d 599, 601 (Ala.Civ.App. 1982).
THOMPSON, P.J., and THOMAS, J., concur.
BRYAN, J., concurs in the result, with writing, which MOORE, J., joins.